Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>ANTHONY D. MARTINEZ III,<br><br>             Defendant. | Case Number:  6:17-PO-448-MJS<br><br>**MOTION TO DISMISS CITATION NUMBERS 6378946, 6378948, 6378948, AND CONVERT 6378947 TO A COLLATERAL OFFENSE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice of citation numbers 6378946, 6378948, and 6378948.  The Government further requests the Court convert citation number 6378947 to a collateral offense with a forfeiture amount of $250 plus a $30 processing fee consistent with the bail schedule.  The parties are in agreement, the Defendant will pay the total collateral due within 30 days, and the matter will be closed.

Dated:  April 14, 2017                /s/ Susan St. Vincent
                                                Susan St. Vincent
                                                Yosemite National Park
                                                Legal Officer

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that in above referenced matter, *United States v. Martinez, Case number 6:16-po-448-MJS*, citation numbers 6378946, 6378948, and 6378949 be dismissed, without prejudice, in the interest of justice, and citation number 6378947 will be made a collateral offense with a total forfeiture amount of $280 to be paid within 30 days.

IT IS SO ORDERED.

Dated:   April 16, 2018                               /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE